IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS BANK, FSB, successor-in-interest to Capital Crossing Bank, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 1:07cv183-WHA<br>) |
| SOUTHTECH ENTERPRISES, LLC;<br>CHARLES F. CARTER, III and SHANNON MARIE CARTER, | )<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motions to Stay Garnishments (Docs. #41, 51, 52, 53, 54 and 55), filed by the Defendants, Charles F. Carter, III and Shannon Marie Carter, and the Plaintiff's Consent to Stay Garnishments (Doc. #61), the motions are GRANTED, and it is hereby ORDERED as follows:

1. All outstanding garnishments are STAYED due to the pendency of bankruptcy proceedings.

2. This court does not determine the exempt or non-exempt nature of any funds, as such determination is left to the bankruptcy court.

3. The clerk is DIRECTED to forward a copy of this order to the Bankruptcy Court.

DONE this 28th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE